# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 16, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

156444(66)(67)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHOKELLE REON McKAY,
      Defendant-Appellant.

_____/

SC: 156444
COA: 337715
Wayne CC: 11-010003-FC

      On order of the Chief Justice, the motion of defendant-appellant to withdraw his motion for reconsideration of this Court's order of June 26, 2019, is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 16, 2019



Clerk